# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

2008 OCT -3 PM 2:45

B. West

[Enter the full name of the plaintiff in this action]

**ELLISON ROBERT BURNS SR.**

Civil Action No. **CV408-197**
[to be assigned by Clerk]

v.

[Enter the full name of each defendant in this action.
If possible, please list only one defendant per line]

**STEVEN ZADACH, PRESIDENT GEORGIA STEVEDORE ASSOCIATION MAURY B. ROTHSCHILD, ESQUIRE, ELLIS, PAINTER, RATTERREE AND ADAMS LLP (GEORGIA STEVEDORE ASSOCIATION ATTORNEYS AND ANY AND ALL OTHER ATTORNEYS REPRESENTATION FOR GEORGIA STEVEDORE ASSOCIATION, SAVANNAH MARITIME ASSOCIATION AND ANY AND ALL ATTORNEYS REPRESENTATION I.L.A. ALSO I.L.A. LOCAL 1414 PRESIDENT WILLIE SEYMORE AND ALSO I.L.A 1414 VICE CHAIRMAN OF BOARD BRUCE WILLIAMS ALSO ALL ILA, AND ANY OTHER I.L.A. ATTORNEYS REPRESENTATION.**

If allowed by statute, do you wish to have a trial by jury?  Yes ____  No **X**

[If any answer requires additional space, please use additional paper and attach hereto]

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?
   Yes _____   No **X**

1

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

   1. *Parties to this previous lawsuit:*

     Plaintiff: _____

     Defendant(s): _____

   2. *Court:* _____
     (If federal court, name the district; if state court, name the county)

   3. *Docket Number:* _____

   4. *Name(s) of Judge(s) to whom case was assigned:* _____

   5. *Status of Case:* _____
     (For example, was the case dismissed? Settled? Appealed? Still Pending?)

   6. *Date lawsuit was filed:* _____

   7. *Date of disposition (if concluded):* _____

C. *Do you have any other lawsuit(s) pending in the federal court in South Carolina?*

     Yes _____ No __X__

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A.  Name of Plaintiff: _____

    Address: _____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant: _____

    Address: _____

### III. STATEMENT OF CLAIM - continued. CLAIM FOR RELIEF AND OBJECTIONS

① UNION PLAINTIFF OBJECTS TO THE TRASH PILE UNFAIR HIRING PRACTICES SECTION THAT MAINLY CONSISTS OF PEOPLE WITH LETTER CARD SENIORITY AND ALSO W.P./CASUAL MEMBERS WHO HAVE WORKED 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 ETC. HOURS APPROX. IN THE TIME SPAN BETWEEN THE FIRST 6AM AND LAST 11PM CHECKOUTS/HIRING PERIODS IN A SAME DAY. ANY WORK THAT REMAINS AVAILABLE AFTER THE TRASH PILE IS AVAILABLE TO EMPLOYEES IN THE WORK PERMIT SECTION AND THEN TO W.P./CASUAL EMPLOYEES WHO HAVE WORKED 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, ETC. HOURS APPROX. IN THE TIME SPAN BETWEEN THE FIRST 6AM AND LAST 11PM CHECKOUTS/HIRING PERIOD. ALSO I OBJECT TO THE TRASH PILE BECAUSE ANY WORK THAT IS AVAILABLE AFTER LETTER CARD SENIORITY SHOULD GO TO UNION PLAINTIFF AND MEN AND WOMEN OF THE CASUAL SECTION WHO did NOT WORKED 8 OR MORE HOURS, THAT HIRING DAY!

② UNION PLAINTIFF OBJECTS TO DEFENDANTS I.L.A. 1414 TRASH PILE HIRING BECAUSE IT IS A SAFETY HAZARD TO EVERYONE BECAUSE ALL TRASH PILE EMPLOYEES NEED ADEQUATE REST, ETC. ALSO THE I.L.A. LOCAL 1414 SAVANNAH GA. TRASH PILE SHOULD BE ELIMINATED AND TERMINATED COMPLETELY, BECAUSE IT PLACE PEOPLE LIVES IN DANGER AND AT STAKE AND PROPERTY AT RISK AROUND THE CLOCK!

PARAGRAPH #3 ON NEXT PAGE. CONT.

② PAGE

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____
_____
_____
_____
_____
_____
_____
_____

③ III. STATEMENT OF CLAIM FOR RELIEF AND OBJECTIONS

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

UNION PLAINTIFF OBJECTS TO DEFENDANTS ENFORCEMENT OF I.L.A. LOCAL 1414 TRASH PILE RIGHTS AND PRIVILEGES ETC, BECAUSE IT DISCRIMINATES, VIOLATES ALL RIGHTS, VIOLATES STATUES, UPHOLDS IMPROPER MOTIVES, UPHOLDS IMPROPER TECNICAL MOTIVES, VIOLATES DUE CARE, VIOLATES CONSTITUTIONAL RIGHTS, VIOLATES GOOD FAITH, AND VIOLATES A RIGHT TO WORK IN WORK PERMIT CASUAL SECTION. IN SHORT UNION PLAINTIFF IS ASKING COURT TO FREE THE SHACKELS THAT IS AROUND THE NECK OF JUSTICE AND UNION PLAINTIFF IS THROWING HIMSELF ON THE MERCY OF THE COURT AND BEGGING THE HONARABLE JUDGES FOR JUSTICE!

3

IV. RELIEF. DAMAGES

State briefly and exactly what you want this court to do for you.

UNION PLAINTIFF IS SEEKING 777.7 MILLION DOLLARS MONETARY AWARD, M CARD SENIORITY LETTER CARD, BACK PAY, FRONT PAY, HIRING PROMOTION, REASONABLE ACCOMMODATION, ALL REMEDIES THAT ARE IN MY FAVOR AND BEHALF THAT I'M UNAWARE OF ETC, INCLUDING DIFFERENT DAMAGES, COURT COSTS, ATTORNEY FEES OF PLAINTIFF, EXPERT WITNESS AND ANY AND ALL BENEFITS, MEDICAL, DENTAL, INSURANCE, VACATION PAY INSURANCE BONUSES, CONTAINER ROYALTIES INCLUDING TOP SCALE SEC COURT COSTS PLACE I.L.A. LOCAL 1414 IN TOTAL TRUSTEESHIP, TRASH PILE WORK REIMBURSEMENT WITH INTEREST ON ALL ABOVE ANYTHING THAT I AM UNAWARE OF PAST, PRESENT, FUTURE, ALSO OTHER REMEDIES AND ACTIONS THAT WILL MAKE ME WHOLE, INCLUDING INTEREST! AND COURT COSTS, FEES ETC.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of OCTOBER, 20 08

_Ellison Robert Burns Sr._
Signature of Plaintiff

BOX 18225
SAVANNAH GEORGIA 31418
Address

912 964 5967
Phone Number

5