# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ELLISON ROBERT BURNS, SR., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN ZADACH, *President Georgia* ) <br> *Stevedore Association*, MAURY B. ) <br> ROTHSCHILD, *Esq., Ellis, Painter,* ) <br> *Ratterree and Adams, LLP, Georgia* ) <br> *Stevedore Association attorneys and* ) <br> *any and all other attorneys* ) <br> *representation for Georgia Stevedore* ) <br> *Association*, SAVANNAH MARITIME ) <br> ASSOCIATION, INC., *any and all* ) <br> *attorneys representation*, I.L.A. LOCAL ) <br> 1414 SAVANNAH, GA, WILLIE ) <br> SEYMORE, *President I.L.A. Local* ) <br> *1414*, BRUCE WILLIAMS, *Vice* ) <br> *Chairman of Board also all I.L.A. and* ) <br> *any other I.L.A. attorneys* ) <br> *representation*, ) <br> ) <br>     Defendants. ) | Case No. CV408-197 |

## REPORT AND RECOMMENDATION

On October 3, 2008, plaintiff filed the instant Title VII action against defendants. (Doc. 1.) This Court granted *in forma*

*pauperis status* but denied his request for appointment of counsel on October 22, 2008. (Doc. 5.) The Court also, however, noted that plaintiff had failed to submit an EEOC right-to-sue letter issued and dated within the 90-day period preceding the filing of his complaint. (Id. at 6.) The Court therefore ordered plaintiff to submit a right-to-sue letter within 20 days of its Order or risk dismissal of his claim. (Id. at 7.)

Plaintiff has since filed a motion for extension of time, in which he states that he has "recently" filed a claim with the EEOC and seeks a time-extension while he awaits a right-to-sue letter to result from that claim. (Doc. 6.) As the filing of a complaint with the EEOC and the receipt of a denial and a right-to-sue-letter are prerequisites to the filing of such an action in the United States District Court, plaintiff's recent filing will not enable him to comply with Title VII's procedural requirements or with this Court's Order. 20 C.F.R. § 1614.407. As a result, plaintiff's motion for extension of time (doc. 6) is **DENIED** as moot, and his complaint

2

should be **DISMISSED** without prejudice for failure to exhaust administrative remedies prior to initiating this action.[1]

**SO REPORTED AND RECOMMENDED** this __8th__ day of December, 2008.

s/ G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In the event plaintiff's recently-filed complaint is denied by the EEOC, he may then file with this Court the right-to-sue letter that accompanies the notice of denial along with a *new* form complaint.