# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ELLISON ROBERT BURNS, SR., )
)
    Plaintiff, )
)
v. ) Case No. CV408-197
)
STEVEN ZADACH, *President Georgia* )
*Stevedore Association*; MAURY B. )
ROTHSCHILD, *Esq., Ellis, Painter,* )
*Ratterree and Adams, LLP, Georgia* )
*Stevedore Association attorneys and* )
*any and all other attorneys* )
*representation for Georgia Stevedore* )
*Association*; SAVANNAH MARITIME )
ASSOCIATION, INC., *any and all* )
*attorneys representation*; I.L.A. LOCAL )
1414 SAVANNAH, GA; WILLIE )
SEYMORE, *President I.L.A. Local* )
*1414*; BRUCE WILLIAMS, *Vice* )
*Chairman of Board also all I.L.A. and* )
*any other I.L.A. attorneys* )
*representation*; )
)
    Defendants. )

## **REPORT AND RECOMMENDATION**

Plaintiff Ellison Robert Burns, Sr., has abandoned any effort to litigate this Title VII case. On May 7, 2009, the Court directed Burns to file a formal complaint and litigate his case. Doc. 22. Instead of doing that, he filed a frivolous motion to disqualify 3 judges on this Court, then

frivolous appeals from its denial. Docs. 23, 25, 27, 31, 32. Now over a half year later, he has failed to take this case out of the starting gate.

Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 13th day of January, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA