IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELLISON ROBERT BURNS, SR.,         )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )   CASE NO. CV408-197
                                   )
STEVEN ZADACH, MAURY B.            )
ROTHSCHILD, SAVANNAH MARITIME      )
ASSOCIATION, INC., I.L.A. LOCAL    )
1414 SAVANNAH, GA, WILLIE          )
SEYMORE, and BRUCE WILLIAMS,       )
                                   )
       Defendants.                 )
                                   )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 33), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, Plaintiff's Complaint is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.[1]

SO ORDERED this 12th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] On December 7, 2009, Plaintiff filed a Motion for Appeal. (Doc. 31.) However, the Motion failed to identify what order or judgment Plaintiff was appealing. In fact, there were no issues available for appeal at that time. Because the Motion fails to sufficiently "designate the judgment, order, or part thereof being appealed," Fed. R. App. P. 3(c)(B), Plaintiff's Motion for Appeal is **DENIED**.